## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

PETE RYAN, JEFFREY RAY,  and
ANDRE FREEMAN,

                Plaintiffs,

v.

FLOWERS FOODS, INC. and
FLOWERS BAKING CO. OF VILLA
RICA, LLC,

                Defendants.

CIVIL ACTION FILE

NO. 1-17-cv-817-TWT

## **J U D G M E N T**

This action having come before the court, Honorable Thomas W. Thrash, Jr.,

Chief   United States District Judge, for consideration Defendants' Motion for

Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendants

recover their costs of this action, and the action be, and the same hereby, is

**dismissed**.

Dated at Atlanta, Georgia, this 16th day of July, 2018.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Jennifer Lee
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  July 16, 2018
James N. Hatten
Clerk of Court

By:   s/Jennifer Lee
Deputy Clerk